

**Service of Process Transmittal**
03/04/2022
CT Log Number 541165848

| | |
|---|---|
| **TO:** | Patrick Dahlberg<br>MCLAREN AUTOMOTIVE, INC.<br>1405 S BELT LINE RD STE 100<br>COPPELL, TX 75019-4955 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | McLaren Automotive, Inc. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CHASE LOTFI, // To: McLaren Automotive, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2022L001845 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/04/2022 at 03:44 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air<br><br>Image SOP<br><br>Email Notification, Patrick Dahlberg  pat.dahlberg@mclaren.com<br><br>Email Notification, Nick Ball  nick.ball@mclaren.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / AS



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Mar 4, 2022

**Server Name:** Sheriff Drop

| Entity Served | McLaren Automotive, Inc. |
|---|---|
| Case Number | 2022L001845 |
| Jurisdiction | IL |



\* 5 0 1 4 6 6 7 5 \*

FILED
2/24/2022 1:32 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L001845
Calendar, S
16838665

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                    (03/15/21) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

**CHASE LOTFI**

_____
Plaintiff(s)

v.

**MCLAREN AUTOMOTIVE, INC.**

Case No. 2022L001845

_____
Defendant(s)

CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814, Chicago, IL 60604

_____
Address of Defendant(s)

Please serve as follows (check one):    ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE:** Your appearance date is **NOT** a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE,** unless you are unable to eFile your appearance/answer. You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons * (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 57093
○ Pro Se 99500
Name: David B. Levin
Atty. for (if applicable): Plaintiff
Address: 111 West Jackson Blvd., Suite 1700
City: Chicago
State: IL  Zip: 60604
Telephone: 224-218-0882
Primary Email: dlevin@toddflaw.com

Witness date: 2/24/2022 1:32 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

\* 5 0 1 4 6 6 7 5 \*

FILED
2/24/2022 1:32 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L001845
Calendar, S
16838665

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

CHASE LOTFI

_____
Plaintiff(s)

v.

MCLAREN AUTOMOTIVE, INC.

Case No. 2022L001845

_____
Defendant(s)

CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814, Chicago, IL 60604

_____
Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail  ⦿ Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 57093
○ Pro Se 99500

Name: David B. Levin
Atty. for (if applicable): Plaintiff
Address: 111 West Jackson Blvd., Suite 1700
City: Chicago
State: IL  Zip: 60604
Telephone: 224-218-0882
Primary Email: dlevin@toddflaw.com

Witness date: 2/24/2022 1:32 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL.

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
              OR
      ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L001845
Calendar, S

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CHASE LOTFI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2022L001845 |
| v. ) | |
| ) | |
| MCLAREN AUTOMOTIVE, INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, CHASE LOTFI ("Plaintiff"), by and through his attorneys, and for his Complaint against the Defendant, MCLAREN AUTOMOTIVE, INC. ("Defendant"), Plaintiff alleges and states as follows:

### BACKGROUND

1. At all times relevant herein, Plaintiff, CHASE LOTFI, was a resident of Oak Brook, Illinois.

2. Defendant, MCLAREN AUTOMOTIVE, INC., is a corporation of the State of Delaware, which is licensed to do business in Illinois, which has its primary place of business in Woking, Surrey, England, and its North American headquarters in Coppell, Texas.

3. On or about May 22, 2019, Plaintiff purchased from McLaren Chicago ("Dealer") a 2019 McLaren 570S Spider ("Spider"), manufactured and/or distributed by Defendant, Vehicle Identification Number SBM13FAA5KW005689, as reflected in the document attached hereto as Exhibit 1.

4. The purchase price of the Spider, including certain collateral charges, such as registration charges, document fees, and sales tax, but excluding finance charges, totaled at least $204,205.66.

1

5. With Plaintiff's purchase of the Spider, Defendant issued and supplied to Plaintiff several written warranties, including, but not limited to, a three (3) year, unlimited mileage "bumper to bumper" warranty. The Spider was transferred to Plaintiff during the duration of said warranties and Plaintiff is entitled by the terms of said warranties to enforce the warranties.

6. At the time Plaintiff purchased the Spider from Dealer, the Spider was considered new and was covered by Defendant's written warranties described above.

7. Plaintiff would not have purchased the Spider without Defendant's written warranties described above. Additionally, Plaintiff would not have agreed to purchase the Spider without the knowledge that Plaintiff would be able to enforce Defendant's written warranties.

8. After his purchase of the Spider but during the duration of the written warranties described above, Plaintiff began to experience various defects and conditions within the Spider that substantially impaired the use, value and/or safety of the Spider to Plaintiff.

9. The defects and nonconformities described below violate the express written warranties issued by Defendant, as well as the implied warranty of merchantability.

10. As a result of these defects and non-conformities, Plaintiff has delivered the Spider to Defendant and/or Defendant's authorized servicing dealership(s) for repairs on numerous occasions.

11. Defendant, through its authorized agents, performed repairs on the Spider that were covered by Defendant's written warranties.

12. Defendant allowed Plaintiff to enforce its written warranties by covering needed repairs to the Spider under the terms of Defendant's warranties described above.

13. On information and belief, Defendant reimbursed its authorized servicing dealership(s) for repairs to the Spider pursuant to the terms of Defendant's warranties described

above.

14. Plaintiff has presented the Spider to Defendant's authorized servicing dealership(s) for warranty repairs on numerous occasions for attempted repairs to various defects and nonconformities, including but not limited to:

    a. Defective power windows;
    b. Defective wheels;
    c. Defective visor;
    d. Defective convertible top trim;
    e. Defective oil door;
    f. Defective passenger seat belt warning light; and
    g. Any additional defects and/or non-conformities, which may be contained in the repair records of Defendant's authorized dealerships.

15. Said nonconformities could not reasonably have been discovered by Plaintiff prior to Plaintiff's acceptance of the Spider.

16. After providing Defendant with a reasonable number of attempts and a reasonable period of time to cure the defects in Plaintiff's Spider, the Defendant, through its authorized servicing dealership(s), has refused, has been unable to, and/or has failed to conform the Spider to the terms of its written warranties by repairing the nonconformities and/or defects or replacing the Spider.

17. As a result of the above, the Spider cannot be utilized for personal, family, and household use as was intended by Plaintiff at the time of its acquisition.

18. Having been provided a sufficient opportunity to repair and/or replace the Spider pursuant to its written warranties and having failed to do so, Defendant has violated the express written warranties issued to Plaintiff.

19. Plaintiff has justifiably lost confidence in the Spider's safety and reliability.

20. The Spider remains in a defective and unmerchantable condition, and continues to exhibit some, if not all, of the above-mentioned defects and nonconformities, which substantially

impair its use, value, and/or safety.

21. As a direct and proximate result of Defendant's failure to comply with the provisions of its warranties, Plaintiff has been and will continue to be financially damaged.

## COUNT I
## BREACH OF WRITTEN WARRANTY PURSUANT TO
## THE MAGNUSON-MOSS WARRANTY ACT

22. Plaintiff hereby adopts and re-alleges paragraphs 1 through 21 of his Complaint as if fully set forth herein.

23. The Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.* ("Warranty Act"), is applicable to Plaintiff in that the Spider was manufactured and purchased after July 4, 1975, and the Spider cost in excess of ten dollars ($10.00).

24. Plaintiff purchased the Spider, a consumer product, during the written warranty period applicable to the Spider and Plaintiff was entitled to enforce the written warranties against Defendant.

25. Defendant is a "person" engaged in the business of making consumer products directly available to the public and, in this case, to Plaintiff.

26. Plaintiff's purchase of the Spider was accompanied by written factory warranties covering any nonconformities or defects in material or workmanship.

27. Defendant's written warranties were a basis of the bargain of the purchase transaction between Dealer and Plaintiff.

28. Plaintiff's purchase of the Spider was induced by these written warranties and Plaintiff relied upon these written warranties to his detriment.

29. Plaintiff has fully complied with all of his obligations under the written warranties.

30. As a direct and proximate result of Defendant's failure to comply with its express written warranties, Plaintiff has suffered and will continue to suffer damages and, in accordance with 15 U.S.C. § 2310(d)(1), is entitled to bring suit for such damages and other legal and equitable relief, including attorneys' fees incurred in connection with this action.

WHEREFORE, Plaintiff, CHASE LOTFI, prays for judgment against Defendant as follows:

    a. Return of all monies paid or diminution in value of the Spider, and all incidental and consequential damages incurred, including, but not limited to, all finance charges and other collateral charges incurred;

    b. All reasonable attorneys' fees, witness fees, court costs, and other fees incurred by Plaintiff; and

    c. Such other and further relief that this Court deems just and appropriate.

## COUNT II
## BREACH OF IMPLIED WARRANTY PURSUANT TO
## THE MAGNUSON-MOSS WARRANTY ACT

31. Plaintiff hereby adopts and re-alleges paragraphs 1 through 21 of his Complaint as if fully set forth herein.

32. The Spider purchased by Plaintiff was subject to an implied warranty of merchantability, as defined in 15 U.S.C. § 2301(7), running from Defendant to Plaintiff.

33. Defendant appointed Dealer as its agent for purposes of transferring the implied warranty of merchantability to Plaintiff.

34. Plaintiff is and was at all relevant times in privity of contract with Defendant.

35. Defendant is prohibited from disclaiming or modifying any implied warranty when making a written warranty to a consumer.

5

36. Pursuant to 15 U.S.C. § 2308, Plaintiff's Spider was impliedly warranted to be fit for the ordinary purpose for which it was intended.

37. The above-described defects and nonconformities present in the Spider render the Spider unfit for the ordinary purpose for which the Spider was intended.

38. As a direct and proximate result of the Defendant's breach of implied warranty, Plaintiff have suffered and will continue to suffer various damages.

WHEREFORE, Plaintiff, CHASE LOTFI, prays for judgment against Defendant as follows:

a. Return of all monies paid or diminution in value of the Spider, and all incidental and consequential damages incurred, including, but not limited to, all finance charges and other collateral charges incurred;

b. All reasonable attorneys' fees, witness fees, court costs, and other fees incurred by Plaintiffs; and

c. Such other and further relief that this Court deems just and appropriate.

RESPECTFULLY SUBMITTED,

CHASE LOTFI

By: *[signature]*

David B. Levin
Illinois Attorney No. 6212141
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

## AFFIDAVIT PURSUANT TO ILINOIS SUPREME COURT RULE 222(b)

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

The undersigned attorney for Plaintiff hereby certifies that the total of money damages sought in this Complaint does exceed $50,000, exclusive of interest, costs and attorneys' fees.

David B. Levin
Illinois Attorney No. 6212141
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

FILED
2/24/2022 11:34 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L001845
Calendar, S

# EXHIBIT 1



# PURCHASE CONTRACT

**McLaren CHICAGO**
645 W. Randolph St., Chicago, IL 60661 | P: (312) 635-6482  F: (312) 635-6481

Date: 05/22/19

Purchaser: CHASE LOTFI  Home Phone: N/A
E-mail Address: roandre22@gmail.com  Cell Phone: N/A
Address: 45 BAYBROOK LN  City: OAK BROOK  State: IL  Zip: 60523  County: DUPAGE
Co-Purchaser: N/A  Home Phone: N/A
E-mail Address: N/A  Cell Phone: N/A
Address: N/A  City: N/A  State: N/A  Zip: N/A  County: N/A

McLaren Chicago (or Dealer) agrees to sell, and Purchaser agrees to purchase, the following Vehicle on the following terms and conditions, including the Additional Terms and Conditions on the reverse side hereof:

| Year: 2019 | Make: MCLAREN | Model: 570S SPIDER | New/Used: NEW |
|---|---|---|---|
| Color: MISTRAL BLUE | Mileage: 134 | Vehicle Identification No.: SBM13FAA5KW005689 | Inventory No.: N188 |

| | | |
|---|---|---|
| | Selling Price | $ 190,000.00 |
| | N/A | 0.00 |

**Dealer Installed Options (detail)**

| | | | |
|---|---|---|---|
| N/A | N/A | Theft Shield | 0.00 |
| N/A | N/A | SHIPPING | 0.00 |
| N/A | | Optional ERT Fee | $ 25.00 |
| N/A | | Documentary Fee | $ 179.81 |
| | | Trade Allowance | $ N/A |

**Trade-In Description**

| | | | | | |
|---|---|---|---|---|---|
| | | | Taxable Sub-Total | $ | 190,204.81 |
| | | | State Sales Tax | $ | 13,789.85 |
| Year | Make | Model | Cook County Tax | $ | N/A |
| | N/A | N/A | Chicago Tax | $ | N/A |
| Body Style | Color | Mileage | | | |
| N/A | N/A | N/A | Plate/Title Fee | $ | 211.00 |
| VIN | | Engine | Total Price | $ | 204,205.66 |
| N/A | | N/A | Initial Deposit | $ | 35,000.00 |
| Payoff Balance To: | | | Trade Payoff (estimated by customer) | $ | N/A |
| USED CAR BUYERS GUIDE: THE INFORMATION | | | Sub-Total | $ | 169,205.66 |
| YOU SEE ON THE WINDOW FORM FOR THIS | | | Service Contract | $ | N/A |
| VEHICLE IS PART OF THE PURCHASE CONTRACT. | | | Prepaid Maintenance | $ | N/A |
| INFORMATION ON THE WINDOW FORM USED CAR | | | Tire & Wheel | $ | N/A |
| BUYER'S GUIDE OVERRIDES ANY CONTRARY | | | GAP | | N/A |
| PROVISIONS IN THIS PURCHASE CONTRACT. | | | Total Balance Due | $ | 169,205.66 |

**TERMS OF SALE:**  TD Auto Finance LLC   P.O. BOX 675 Wilmington, OH 45177-0675

(a) Purchaser has inspected the Vehicle and accepts it "AS IS" and without warranty or guaranty of any kind except as agreed in writing, and that no agreement other than this shall be valid on any vehicle sold. Purchaser agrees that Purchaser has not purchased the vehicle in reliance on any oral statement made to Purchaser by Seller or its employees.

(b) Purchaser acknowledges receipt of the completed Purchase Contract and completed Retail Installment Contract and states he has read them and is aware of all terms and conditions of sale, including the "Additional Terms and Conditions" on the reverse side of this Purchase Contract.
All partial payments are non-refundable.
All incentives, rebates, and customer cash backs have been _____ at dealership.

**DISCLAIMER OF WARRANTIES**
THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE. AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE.

_____ PURCHASER

_____ CO-PURCHASER