cyberdriveillinois.com is now ilsos.gov



# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 72056507 |
| Entity Name | MCLAREN AUTOMOTIVE, INC. |
| Status | |
| ACTIVE | |

## Entity Information

Entity Type
CORPORATION

Type of Corp
FOREIGN BCA

Qualification Date (Foreign)
Friday, 26 July 2019

State
DELAWARE

Duration Date
PERPETUAL

## Agent Information

Name

C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Friday, 26 July 2019

## Annual Report

Filing Date
Wednesday, 18 August 2021

For Year
2021

## Officers

President
Name & Address
MICHAEL FLEWITT MTC CHERTSEY RD WOKING, SURREY ENGLAND

Secretary
Name & Address
VACANT GU21-4YH

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.   Tue Mar 22 2022