# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
# COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CHASE LOFTI, <br><br> Plaintiff, <br><br> v. <br><br> MCLAREN AUTOMOTIVE, INC. <br><br> Defendant. | Case No. 2022L001845 |

## NOTICE TO CIRCUIT COURT OF FILING NOTICE OF REMOVAL

To: Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division

PLEASE TAKE NOTICE that on this 30th day of March, 2022, Defendant McLaren Automotive, Inc. filed in the United States District Court for the Northern District of Illinois a Notice of Removal in the above-entitled action to remove said action to the United States District Court for the Northern District of Illinois, a true and correct copy of which is attached hereto as Exhibit 1 and filed herewith, pursuant to 28 U.S.C. § 1446(d).

Dated: March 30, 2022

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Kayla E. Schmidt*
Kayla E. Schmidt
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
Telephone: 312.526.1522
Facsimile: 312.655.1502
kayla.schmidt@huschblackwell.com

Lisa Gibson*
Amy Toboco*
Nelson Mullins
19191 South Vermont Avenue

Torrence, CA 90502
Telephone: 424.221.7415
Facsimile: 424.221.8499
lisa.gibson@nelsonmullins.com
amy.toboco@nelsonmullins.com

*pro hac vice forthcoming*

**Attorneys for Defendant McLaren Automotive, Inc.**

## **CERTIFICATE OF SERVICE**

Kayla Schmidt, an attorney, hereby certifies that a true and correct copy of the foregoing, **Defendant's Notice to Circuit Court of Notice of Removal**, was filed with the Court's CM/ECF electronic filing system on March 30, 2022 and served via email and U.S. First Class Mail on:

**Attorney for Plaintiff**

David B. Levin
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
Email: dlevin@toddflaw.com

/s/ *Kayla E. Schmidt*