## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CHASE LOFTI,

    Plaintiff,

  v.

MCLAREN AUTOMOTIVE, INC.

    Defendant.

Case No.

JURY TRIAL DEMANDED

## NOTICE TO PLAINTIFF

To: David B. Levin
  Law Offices of Todd M. Friedman, P.C.
  111 W. Jackson Blvd., Suite 1700
  Chicago, IL 60604
  Phone:  (224) 218-0882
  Fax: (866) 633-0228
  Email:  dlevin@toddflaw.com

PLEASE TAKE NOTICE that on this 30th day of March, 2022, Defendant McLaren Automotive, Inc. ("MAI") filed in the United States District Court for the Northern District of Illinois, Eastern Division, a Notice of Removal in the above-entitled action to remove said action to the United States District Court for the Northern District of Illinois, Eastern Division.  A true and correct copy of said Notice of Removal is attached hereto and filed herewith, pursuant to the provisions of 28 U.S.C. § 1446(d).

FURTHER TAKE NOTICE that Defendant MAI has at the same time filed in the Court a copy of the Complaint pertaining to such action.

Dated: March 30, 2022                    Respectfully submitted,

                                          HUSCH BLACKWELL LLP

                                          By: /s/ *Kayla E. Schmidt*
                                              Kayla E. Schmidt
                                              120 South Riverside Plaza, Suite 2200
                                              Chicago, IL 60606-3912
                                              Telephone:  312.526.1522
                                              Facsimile:  312.655.1502
                                              kayla.schmidt@huschblackwell.com

                                              Lisa Gibson*
                                              Amy Toboco*
                                              Nelson Mullins
                                              19191 South Vermont Avenue
                                              Torrence, CA 90502
                                              Telephone: 424.221.7415
                                              Facsimile: 424.221.8499
                                              lisa.gibson@nelsonmullins.com
                                              amy.toboco@nelsonmullins.com

                                                *pro hac vice forthcoming*

                                          **Attorneys for Defendant McLaren Automotive, Inc.**

## CERTIFICATE OF SERVICE

Kayla Schmidt, an attorney, hereby certifies that a true and correct copy of the foregoing, **Defendant's Notice to Plaintiff of Notice of Removal**, was filed with the Court's CM/ECF electronic filing system on March 30, 2022 and served via email and U.S. First Class Mail on:

**Attorney for Plaintiff**

David B. Levin
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone:  (224) 218-0882
Fax:     (866) 633-0228
Email:  dlevin@toddflaw.com

/s/ *Kayla E. Schmidt*

3