**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHASE LOFTI, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-01658 |
| MCLAREN AUTOMOTIVE, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant McLaren Automotive, Inc. ("MAI") provides the following disclosures:

McLaren Automotive, Inc. is a wholly owned subsidiary of McLaren Automotive Limited. No other publicly held corporation holds 5% or more of McLaren Automotive Inc.'s stock.

Dated: March 30, 2022

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Kayla E. Schmidt*
    Kayla E. Schmidt
    120 South Riverside Plaza, Suite 2200
    Chicago, IL 60606-3912
    Telephone: 312.526.1522
    Facsimile: 312.655.1502
    kayla.schmidt@huschblackwell.com

    Lisa Gibson*
    Amy Toboco*
    Nelson Mullins
    19191 South Vermont Avenue
    Torrence, CA 90502
    Telephone: 424.221.7415
    Facsimile: 424.221.8499
    lisa.gibson@nelsonmullins.com

amy.toboco@nelsonmullins.com

*pro hac vice forthcoming*

**Attorneys for Defendant McLaren Automotive, Inc.**

## **CERTIFICATE OF SERVICE**

Kayla Schmidt, an attorney, hereby certifies that a true and correct copy of the foregoing, **Defendant's Corporate Disclosure Statement**, was filed with the Court's CM/ECF electronic filing system on March 30, 2022 and served via email and U.S. First Class Mail on:

**Attorney for Plaintiff**

David B. Levin
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax:     (866) 633-0228
Email: dlevin@toddflaw.com

*/s/ Kayla E. Schmidt*