# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHASE LOTFI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01658<br><br>Honorable Judge Martha M. Pacold<br><br>Honorable Magistrate Judge Jeffrey T. Gilbert |

## JOINT STATUS REPORT

Now come the Plaintiff, CHASE LOTFI ("Plaintiff"), and the Defendant, MCLAREN AUTOMOTIVE, INC. ("Defendant") (collectively, the "Parties"), by and through their attorneys, and pursuant to the Court's Order of June 14, 2022 (Doc. #23), the Parties hereby submit the following Joint Status Report:

The Parties are engaged in ongoing settlement discussions however the case has not been resolved. The Parties are optimistic about the prospect of settlement. The Parties do intend to proceed with the settlement conference, which is currently set for September 8, 2022, at 1:30 p.m. (Doc. #24).

In light of the current settlement discussions, the Parties stipulate to extend the current deadline for service of written discovery from June 30, 2022 to July 15, 2022, subject to Court approval.

RESPECTFULLY SUBMITTED,

/s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

/s/ Lisa M. Gibson (Admitted *Pro Hac Vice*)
Attorney for Defendant
Nelson, Mullins, Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 900
Torrance, CA 90502
Phone: (424) 221-7400
Fax: (424) 221-7499
lisa.gibson@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff