UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Chase Lofti

                     Plaintiff,

v.                                                 Case No.: 1:22−cv−01658
                                                   Honorable Martha M. Pacold

McLaren Automotive, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2022:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report [33]. At the parties' suggestion, fact discovery shall be completed by 1/20/23. Initial Rule 26(a)(2) disclosures shall be made by 2/20/23. Rebuttal Rule 26(a)(2) disclosures shall be made by 3/30/23. Expert discovery, including all depositions of experts, shall be concluded by 5/5/23. The parties shall file a status report by 10/18/22 that includes confirmed dates for depositions to be taken on or before 10/31/22. In addition, the parties shall file the following status reports with confirmed dates for depositions to be taken during the months indicated: (a) by 11/1/22, the parties shall file a status report with confirmed dates for depositions to be taken in November 2022; (b) by 12/1/22, the parties shall file a status report with confirmed dates for depositions to be taken in December 2022; (c) by 1/2/23, the parties shall file a status report with confirmed dates for depositions to be taken in January 2023. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.