UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASE LOTFI,<br><br>    Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01658<br><br>Honorable Judge Martha M. Pacold<br><br>Honorable Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Now come the Plaintiff, CHASE LOTFI, and the Defendant, MCLAREN AUTOMOTIVE, INC. (collectively, the "Parties"), by and through their attorneys, and pursuant to the Court's Order of September 29, 2022 (Doc. #34), the Parties hereby submit the following Joint Status Report:

1.    The Parties are engaged in ongoing settlement discussions.

2.    The Parties do not have any confirmed dates for depositions to be taken by October 31, 2022 to report at this time.

RESPECTFULLY SUBMITTED,

/s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

/s/ Lisa M. Gibson (Admitted *Pro Hac Vice*)
Attorney for Defendant
Nelson, Mullins, Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 900
Torrance, CA 90502
Phone: (424) 221-7400
Fax: (424) 221-7499
lisa.gibson@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff
