# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHASE LOTFI, <br><br> Plaintiff, <br><br> v. <br><br> MCLAREN AUTOMOTIVE, INC., <br><br> Defendant. | Case No. 1:22-cv-01658 <br><br> Honorable Judge Martha M. Pacold <br><br> Honorable Magistrate Judge Jeffrey T. Gilbert |

## STIPULATION OF DISMISSAL

Now come the Plaintiff, CHASE LOFTI, and the Defendant, MCLAREN AUTOMOTIVE, INC., by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice, with each party bearing its own costs and attorneys' fees, the parties having independently settled their underlying dispute.

Respectfully submitted,

CHASE LOFTI

By: /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
The Law Offices of Todd M. Friedman, P.C.
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
Ph.: (224) 218-0882
dlevin@toddflaw.com

Respectfully submitted,

MCLAREN AUTOMOTIVE, INC.

By: /s/ Lisa M. Gibson
(Admitted Pro Hac Vice)
Attorney for Defendant
Nelson, Mullins, Riley & Scarborough LLP
19191 S. Vermont Ave., Suite 900
Torrance, CA 90502
Phone: (424) 221-7400
Fax: (424) 221-7499
lisa.gibson@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff